**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1922**

———————

LARRY BLANCHARD,

                                        Plaintiff - Appellant,

        versus

JOHN E. POTTER, Postmaster General, United
States Postal Service,

                                        Defendant - Appellee,

        and

RUTH CHRISTENSEN (Buffy), OSS; LARRY J. GATES,
OSS; GREGORY MARSHALL, MDO Tour 1,

                                        Defendants.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-02-1446-A)

———————

Submitted:  November 19, 2003       Decided:  December 3, 2003

———————

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Larry Blanchard, Appellant Pro Se.  Shana L. Douglas, UNITED STATES
POSTAL SERVICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Larry Blanchard appeals the district court's order entering summary judgment for the Defendants in this Title VII action alleging racial discrimination, retaliation, and hostile work environment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Blanchard v. Potter, No. CA-02-1446-A (E.D. Va. filed May 27, 2003; entered May 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED